

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-18-00701-CR

Serge L. **HIDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10972
Honorable Dick Alcala, Judge Presiding

### O R D E R

   The appellant's brief was originally due to be filed on March 4, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to April 3, 2019. On April 3, 2019, appellant filed a motion requesting an additional extension of time to file the brief until May 3, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by May 3, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court